BEFORE THE SECOND DIVISION, JANUARY 17, 1950

**No. 53918.**—Bloomingdale Bros., Inc., et al. *v.* United States, protests 131149–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.